IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LUDWIG ORKOWSKI,
    Plaintiff,

v.                            CIVIL ACTION NO. 19-CV-2087

WILLIAM MCCAULEY, III, *et al.*,
    Defendants.

FILED MAY 22 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 22nd day of May, 2019, upon consideration of Plaintiff Ludwig Orkowski's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. With the exception of Orkowski's claims against Defendant Rob's Towing/Hauling, the Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as follows:

    A. The Complaint is **DISMISSED with prejudice** as to Defendant Bristol Township Sewer Department and the Clerk of Court shall **TERMINATE** Bristol Township Sewer Department as a Defendant in this case.

    B. The Complaint is **DISMISSED without prejudice** as to all other Defendants.

4. Orkowski is **GRANTED** leave to file an amended complaint within thirty (30) days of the date of this Order. Any Amended Complaint must identify all Defendants in the caption of the amended complaint and clearly state the basis for Orkowski's claims against each

Defendant. Any amended complaint must be a complete document that states all of the bases for Orkowski's claims without referring to the initial Complaint in this case. Any amended complaint shall be titled "Amended Complaint" and should state the case number for this case, Civ. A. No. 19-2087.

5. The Clerk of Court is **DIRECTED** to defer service of the Complaint pending further Order of the Court.

6. If Orkowski fails to file an amended complaint, this case will proceed against Defendant Rob's Towing/Hauling only.

BY THE COURT:

CYNTHIA M. RUFE, J.

5/23/19 cmr/
Orkowski